No. A–917 (88–7626). RIVERA v. OROWEAT FOODS CO., INC., ET AL. C. A. 9th Cir. Application for recall and stay of mandate, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–961. UNITED STATES AUTOMOBILE ASSN. v. WADE ET AL. Sup. Ct. Ala. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–19. HASTINGS, UNITED STATES DISTRICT JUDGE v. UNITED STATES SENATE ET AL. Application for injunction, addressed to JUSTICE BRENNAN and referred to the Court, denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. D–766. IN RE DISBARMENT OF HALPER. Disbarment entered. [For earlier order herein, see 489 U. S. 1004.]

No. D–778. IN RE DISBARMENT OF SHULTZ. Disbarment entered. [For earlier order herein, see 490 U. S. 1017.]

No. D–780. IN RE DISBARMENT OF HAYES. Disbarment entered. [For earlier order herein, see 490 U. S. 1017.]

No. D–781. IN RE DISBARMENT OF BLACK. Disbarment entered. [For earlier order herein, see 490 U. S. 1017.]

No. D–782. IN RE DISBARMENT OF RICKS. Disbarment entered. [For earlier order herein, see 490 U. S. 1044.]

No. D–783. IN RE DISBARMENT OF PAIGE. Disbarment entered. [For earlier order herein, see 490 U. S. 1044.]

No. D–785. IN RE DISBARMENT OF ARONSON. Disbarment entered. [For earlier order herein, see 490 U. S. 1062.]

No. D–786. IN RE DISBARMENT OF FORD. Disbarment entered. [For earlier order herein, see 490 U. S. 1062.]

No. D–790. IN RE DISBARMENT OF FITZGERALD. Disbarment entered. [For earlier order herein, see 490 U. S. 1089.]

No. D–795. IN RE DISBARMENT OF HELD. It is ordered that John J. Held, of Erie, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.